UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 19989
    JANET FRAZIER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-7311
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/27/2007 and was confirmed 12/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/19/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| PHH MORTGAGE SERVICES | MORTGAGE ARRE | 1141.12 | .00 | 1141.12 |
| AMERICASH LOANS LLC | UNSECURED | 486.83 | .00 | .00 |
| CORTRUST BANK | UNSECURED | 476.45 | .00 | .00 |
| FIRST NAITONAL CREDIT/LE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 231.10 | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 274.24 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 311.14 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 259.09 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 496.02 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PURPLE ADVANTAGE/FBOFD | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE/UTB | UNSECURED | NOT FILED | .00 | .00 |
| THE DIAMOND CENTER | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE/FBOFD | UNSECURED | NOT FILED | .00 | .00 |
| FCNB MASTERTRUST | UNSECURED | 150.00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,211.00 | | 2,211.00 |
| TOM VAUGHN | TRUSTEE | | | 272.88 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,625.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 1,141.12 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,211.00 |
| TRUSTEE COMPENSATION | | 272.88 |
| DEBTOR REFUND | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 19989 JANET FRAZIER

```
                     ---------------        ---------------
TOTALS                    3,625.00               3,625.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 02/25/09             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE